IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
BALTIMORE DIVISION

CLEAVEN WILLIAMS #368971
   PLAINTIFF,

V.

ASSISTANT WARDEN BARTEE, ET AL.
   DEFENDANTS,

MOTION TO SUPPLEMENT THE MOTION TO ALTER OR AMEND THE JUDGEMENT

___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

OCT 17 2011

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

CLEAVEN WILLIAMS, THE PLAINTIFF, MOVES THIS HONORABLE COURT TO **NOT** DISMISS PLAINTIFF'S MOTION TO ALTER OR AMEND THE JUDGEMENT, PURSUANT TO FED. R. CIV. P. 59(E), AS UNTIMELY FOR THE REASONS MORE FULLY SET FORTH IN THIS MOTION AND ACCOMPANING EXHIBITS 1-6.

   THE PLAINTIFF STATES:

① ON OR ABOUT AUGUST 3, 2011, PLAINTIFF HAD COMPLETED THE ORIGINAL SUBMITTED MOTION TO ALTER OR AMEND THE JUDGEMENT;

② PLAINTIFF WAS PROHIBITED AND DENIED ACCESS TO THE COURTS, THRU THE "SECURITY" MEASURE OF THE NORTH BRANCH CORRECTIONAL INSTITUTE; [(NBCI) HEREAFTER]

③ PLAINTIFF WAS DENIED TO ACCESS COMMISSARY ON AUGUST 3, 2011, HIS REGULAR COMMISSARY DAY;

④ AS A RESULT OF BEING DENIED COMMISSARY, DUE TO THE NBCI UNIT #3, PLAINTIFF'S HOUSING UNIT, BEING ON "LOCK DOWN" STATUS, PLAINTIFF COULD NOT PURCHASE STAMPS, NOR COULD PLAINTIFF PURCHASE AND MAKE COPIES OF HIS MOTION TO FURNISH THE COURTS AS PLAINTIFF HAD ORIGINALLY PLANNED AND ANTICIPATED;

5) PLAINTIFF <u>IMMEDIATELY REQUESTED</u> THE ASSISTANCE OF HIS CASE MANAGER AND/OR THE SERGEANT, SGT WEDLOCK, TO MAKE COPIES, PACKAGE IN AN ENVELOPE (LARGE MANILLA ENVELOPE), AND MAIL "CERTIFIED POSTAGE" TO THE COURT; <u>SEE EXHIBIT #1</u>

6) PLAINTIFF ASSERTS, THAT SGT WEDLOCK RETURNED LATER WITH AN ADDITIONAL NEW MONEY VOUCHER AND ASSURED PLAINTIFF THAT HE WOULD "TAKE CARE" OF MAILING/FORWARDING HIS DOCUMENTS TO THE MAILROOM;

7) PLAINTIFF ASSERTS, HE GAVE THE ORIGINAL MOTION TO AMEND OR ALTER, ALONG WITH THE NECESSARY SIGNED MONEY VOUCHER, TO BE FORWARDED AND PROCESSED BY THE NBCI MAILROOM AND SENT OUT "CERTIFIED";

8) ON OR ABOUT AUGUST 5, 2011 (FRIDAY), PLAINTIFF REQUESTED AN ACCOUNT BALANCE, HOPING FOR IT TO REFLECT THE REMOVAL BALANCE OF POSTAGE; <u>SEE EXHIBIT #2</u>

9) THE ACCOUNT BALANCE DID NOT REFLECT THE POSTAGE EXPENSE, BUT <u>DID</u> REFLECT THAT HE WAS CHARGED FOR COPIES;

10) PLAINTIFF REQUESTED ANOTHER ACCOUNT BALANCE, ON OR ABOUT AUGUST 10, 2011 (WED) WHICH PLAINTIFF NEVER RECEIVED, AGAIN, HOPING TO SEE THE POSTAGE EXPENSE;

11) PLAINTIFF SUBSEQUENTLY FILED 2 ADMINISTRATIVE REMEDY PROCEDURE COMPLAINTS ADDRESSING HIS MAILING CONCERNS; <u>SEE EXHIBITS # 3, 3a, 4, & 4a</u>

⑫ PLAINTIFF INCLUDES EXHIBIT #6, 6a, TO FURTHER ILLUSTRATE THE DIFFICULTY IN GETTING THE NBCI'S "ADMINISTRATION" TO DO THEIR PART TO MAIL/HANDLE INMATE'S POSTAGE AND MAILINGS;

⑬ PLAINTIFF ASSERTS, THAT HE ~~DISPOSED~~ TOOK EVERY STEP TO INSURE THIS HONORABLE COURT WOULD RECEIVE HIS MOTION TO ALTER OR AMEND THE JUDGEMENT AND ACCOMPANYING DOCUMENTS, ON TIME AS PLAINTIFF INTENDED;

⑭ ON OR ABOUT 8-5-11, PLAINTIFF ALSO WROTE A LETTER TO THIS HONORABLE COURT DETAILING HIS DIFFICULTIES WITH THE MAIL AND EXPLAINING HIS EFFORTS;

WHEREFORE, PLAINTIFF REQUESTS THE COURT'S CONSIDERATION IN THE MATTERS SET FORTH IN THIS MOTION AND THAT THIS HONORABLE COURT DOES NOT DISMISS HIS MOTION TO ALTER OR AMEND JUDGEMENT, DUE TO THE CIRCUMSTANCES.

RESPECTFULLY SUBMITTED,
Cleaven Williams #368971
CLEAVEN WILLIAMS JR.
PLAINTIFF
14100 MCMULLEN HIGHWAY, S.W
CUMBERLAND, MD 21502

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, THAT THE AFOREGOING MOTION TO ALTER OR AMEND, [MOTION TO SUPPLEMENT THE] WAS SENT TO THE U.S. DISTRICT COURT, POSTAGE PREPAID, WITH ACCOMPANYING REQUEST TO THE COURT TO FORWARD TO THE:

ATTORNEY GENERAL'S OFFICE

DOUGLAS F. GANSLER
DEPT OF PUBLIC SAFETY & CORRECTIONAL SERVICES
115 SUDBROOK LANE, SUITE A
PIKESVILLE, MD 21208

ON THIS OCTOBER 10, 2011.

Cleaven Williams #368971
CLEAVEN WILLIAMS
PLAINTIFF